FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 12 2021

By: JAMES N. HATTEN, Clerk
       Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM HENDERSON, AND<br>ERIC LEE GARBER, | Criminal Indictment<br><br>No. 1 21-CR-012<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown to the Grand Jury, but at least as of on or about May 2020, and continuing until at least May 22, 2020, in the Northern District of Georgia, and elsewhere, the defendants,

WILLIAM HENDERSON, and
ERIC LEE GARBER,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other, and with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

### Count Two

On or about May 22, 2020, in the Northern District of Georgia, and elsewhere, the defendants,

WILLIAM HENDERSON, and
ERIC LEE GARBER,

aided and abetted by each other and others, known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, 841(a)(1) and Title 18, United States Code, Section 2.

### Prior Conviction Notice

Before the defendant, ERIC LEE GARBER, committed the offenses charged in Counts One and Two of this Indictment, he was convicted of Conspiracy to Distribute a Controlled Substance, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

### Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant, WILLIAM HENDERSON, and ERIC LEE GARBER, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds

obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

    MONEY JUDGMENT:   A sum of money in United States currency representing (1) the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendant is convicted.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third person;

  (c) has been placed beyond the jurisdiction of the Court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A _____ BILL
_____
FOREPERSON

BOBBY L. CHRISTINE
 *Acting United States Attorney*

LAUREL R. BOATRIGHT
 *Assistant United States Attorney*
Georgia Bar No. 426939


*/s/ Bryan Henderson*

BRYAN HENDERSON
 *Special Assistant United States Attorney*
Georgia Bar No. 821624

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4