

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*600 Richard B Russell Bldg.*     *Telephone: (404) 581-6000*
*75 Ted Turner Dr., S.W.,*        *Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

March 22, 2021

Courtroom Deputy
United States Courthouse
for the Northern District of Georgia
Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

> Re:  U.S. v. Mendez-Pineda, 1:09-CR-446-TWT-LTW
> U.S. v. Duron, 1:09-CR-482-TWT-LTW
> U.S. v. Hernandez, 1:10-CR-521-TCB-AJB
> U.S. v. Acosta-Hildago, et al, 1:12-CR-314-SCJ-ECS
> U.S. v. Pineda-Arzate, 1:15-CR-238-UNA
> U.S. v. Jimenez, et al, 1:18-CR-217-MHC-AJB
> U.S. v. Bell, 1:18-CR-396-LMM-AJB
> U.S. v. Frazier, 1:19-CR-279-SCJ-CCB
> U.S. v. Van Beverhoudt, 1:20-CR-058-JPB-RDC
> U.S. v. Hamilton, 1:20-CR-125-UNA
> U.S. v. Henderson, et al 1:21-CR-012-UNA
> U.S. v. Vega Morales, et al, 1:21-CR-014-SDG-RGV
> U.S. v. Myles Frazier, 1:21-CR-049-SCJ
> U.S. v. Ortiz, 1:86-CR-429-ODE
> U.S. v. Rodriguez, 1:96-CR-343-SCJ-JED
> U.S. v. Morris, 3:20-CR-013—TCB-RGV
> U.S. v. Croker, 4:21-CR-002-TWT

Dear Courtroom Deputy:

   This letter is to notify the Court pursuant to Local Criminal Rule 57.1E(4), NDGA, as attorney of record in the above matters, I submit a notice of leave of

absence that I will be out of the office March 25, 2021 – April 02, 2021.  I respectfully request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                                                Sincerely,

                                                KURT R. ERSKINE
                                                *Acting United States Attorney*

                                                /S/ LAUREL R. BOATRIGHT
                                                *Assistant United States Attorney*

cc:  Counsel for Defendants (via ECF)